## Certification of Document

I, Sarah B. Johnson, City Clerk of the City of Colorado Springs, Colorado, do hereby certify that the attached is a true and complete copy of Section §10.18.104 of the Code of the City of Colorado Springs, the original of which is held on record in the Office of the City Clerk of Colorado Springs, Colorado.

Dated in Colorado Springs, Colorado, March 23rd, 2020.

*Sarah B. Johnson*
Sarah B. Johnson, City Clerk

**EXHIBIT A**

## 10.18.104: CROSSING AND YIELDING AT OTHER THAN CROSSWALKS:

A. Every pedestrian crossing a roadway at any point other than within a marked crosswalk or within an unmarked crosswalk at an intersection shall yield the right of way to all vehicles upon the roadway.

B. Any pedestrian crossing the roadway at a point where a pedestrian tunnel or overhead pedestrian crossing has been provided, shall yield the right of way to all vehicles upon the roadway.

C. Between adjacent intersections at which traffic control signals are in operation, pedestrians shall not cross at any place except in a marked crosswalk.

D. No pedestrian shall cross a roadway intersection diagonally unless authorized by official traffic control devices; and, when authorized to cross diagonally, pedestrians shall cross only in accord with the official traffic control devices pertaining to the crossing movements. (1968 Code §6-18-5; Ord. 75-86; Ord. 01-42)

**EXHIBIT A**