Google Maps     3000 Colorado Ave



Image capture: Jun 2018     © 2020 Google

Colorado Springs, Colorado

 Google

Street View



**EXHIBIT B**



**EXHIBIT B**