Google Maps   98 N 30th St



Image capture: Jul 2017   © 2020 Google

Colorado Springs, Colorado


Google
Street View

**EXHIBIT C**



# EXHIBIT C