**3004 W Colorado Ave, Colorado Springs, CO 80904 to 98-48 N 30th St, Colorado Springs, CO 80904**

Walk 0.1 mile, 2 min



| via S 30th St | 2 min |
|---|---|
|  | 0.1 mile |

Mostly flat

**EXHIBIT D**