## Certification of Document

I, Sarah B. Johnson, City Clerk of the City of Colorado Springs, Colorado, do hereby certify that the attached is a true and complete copy of Section §10.18.103 of the Code of the City of Colorado Springs, the original of which is held on record in the Office of the City Clerk of Colorado Springs, Colorado.

Dated in Colorado Springs, Colorado, March 23rd, 2020.

_____
Sarah B. Johnson, City Clerk

**EXHIBIT E**

## City Code 10.18.103: CROSSINGS AND CROSSWALK RESTRICTIONS:

No pedestrian shall cross a roadway at any place other than by a route at right angles to the curb or by the shortest route to the opposite curb except in a crosswalk or except where angle crossing is authorized as provided in subsection 10.18.104D of this article. (1968 Code §6-18-3; Ord. 75-86; Ord. 01-42)

**EXHIBIT E**