## Certification of Document

I, Sarah B. Johnson, City Clerk of the City of Colorado Springs, Colorado, do hereby certify that the attached is a true and complete copy of Section §10.17.105 of the Code of the City of Colorado Springs, the original of which is held on record in the Office of the City Clerk of Colorado Springs, Colorado.

Dated in Colorado Springs, Colorado, March 23rd, 2020.

Sarah B. Johnson, City Clerk

**EXHIBIT F**

## City Code 10.17.105: TRAFFIC CONTROL SIGNAL LEGEND:

Whenever traffic is controlled by traffic control signals exhibiting different colored lights or colored arrows successively one at a time or in combination, only the colors green, yellow and red shall be used, except for special pedestrian control signals carrying a word legend as provided in section 10.17.108 of this article. The lights, arrows and combinations thereof shall indicate and apply to drivers of vehicles and pedestrians as follows:

A. Green Indication:

> 1. Vehicular traffic facing a circular green signal may proceed straight through or turn right or left unless a sign at the place prohibits either turn; but vehicular traffic, including vehicles turning right or left, shall yield the right of way to other vehicles and to pedestrians lawfully within the intersection or an adjacent crosswalk at the time the signal is exhibited.
>
> 2. Vehicular traffic facing a green arrow signal, shown alone or in combination with another indication may cautiously enter the intersection only to make the movement indicated by the arrow or other movement as is permitted by other indications shown at the same time. The vehicular traffic shall yield the right of way to pedestrians lawfully within an adjacent crosswalk and to other traffic lawfully using the intersection.
>
> 3. Unless otherwise directed by a pedestrian control signal as provided in section 10.17.108 of this article, pedestrians facing any green signal, except when the sole green signal is a turn arrow, may proceed across the roadway within any marked or unmarked crosswalk.

B. Steady Yellow Indication:

> 1. Vehicular traffic facing a steady circular yellow or yellow arrow signal is warned that the related green movement is being terminated, or that a red indication will be exhibited immediately thereafter.
>
> 2. Pedestrians facing a steady circular yellow or yellow arrow signal, unless otherwise directed by a pedestrian control signal as provided in section 10.17.108 of this article, are advised that there is insufficient time to cross the roadway before a red indication is shown, and no pedestrian shall then start to cross the roadway.

C. Steady Red Indication:

> 1. Vehicular Traffic; Circular Red Signal: Vehicular traffic facing a steady circular red signal alone shall stop at a clearly marked stop line but, if none, before entering the crosswalk on the near side of the intersection or, if none, then before entering the intersection and shall remain standing until an indication to proceed is shown. Vehicles turning to the right or left may proceed after stopping under the following circumstances:
>
>> a. Right Turns: A right turn may be made on a red light where not prohibited by an official sign or other official traffic control device and only if the vehicle first comes to a stop, yields the right of way to pedestrians lawfully within an adjacent crosswalk, and yields the right of way to any other traffic lawfully using the intersection. It is otherwise unlawful to turn right on a steady circular red signal.

**EXHIBIT F**

      b. Left Turns: A left turn may be made on a red light when not prohibited by an official sign or other official traffic control device and only if the vehicle first comes to a stop, is on a one-way street and is turning onto a one-way street where traffic is proceeding to the vehicle's left, and only after yielding the right of way to all pedestrians and other traffic. It is otherwise unlawful to turn left on a steady circular red signal.

2. Pedestrians; Circular Red Signal: Pedestrians facing a steady circular red signal alone shall not enter the roadway, unless otherwise directed by a pedestrian control signal as provided in section 10.17.108 of this article.

3. Vehicular Traffic; Red Arrow Signal: Vehicular traffic facing a steady red arrow signal may not enter the intersection to make the movement indicated by the arrow and, unless entering the intersection to make another movement as is permitted by other indications shown at the same time, shall stop at a clearly marked stop line but if none, before entering the crosswalk on the near side of the intersection or if none, then before entering the intersection and shall remain standing until an indication to make the movement indicated by the arrow is shown.

4. Pedestrians; Red Arrow Signal: Pedestrians facing a steady red arrow signal shall not enter the roadway, unless otherwise directed by a pedestrian control signal as provided in section 10.17.108 of this article.

5. AVIS Violations: It shall be a violation of this subsection C5 for the driver of a vehicle to disobey the instructions of a traffic control signal as defined by this section at any intersection monitored by an AVIS.

      a. Admitted evidence produced by an AVIS showing the date, time and location at which it was captured, showing the identity of the operator of the motor vehicle, showing the identity of the motor vehicle, and showing the approximate location and course of travel of the vehicle in violation of the restrictions set forth in this section, shall constitute prima facie evidence of a violation of this section.

D. Nonintersection Signal:

1. In the event an official traffic control signal is erected and maintained at a place other than an intersection, the provisions of this section shall be applicable except as to those provisions which by their nature can have no application.

2. Any stop required at a nonintersection signal shall be made at a sign or pavement marking indicating where the stop shall be made, but in the absence of any sign or marking, the stop shall be in advance of the crosswalk or crossing area. (1968 Code §6-17-5; Ord. 75-86; Ord. 77-69; Ord. 01-42; Ord. 10-47)

**EXHIBIT F**