# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 20-cv-00108-PAB-KMT

MICHAEL SEXTON,

Plaintiff,

v.

MATTHEW ANDERSON, in his individual capacity,

Defendant.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Michael Sexton and Defendant, Matthew Anderson hereby stipulate to dismiss this entire case by and through this stipulated motion to dismiss with prejudice. In support of this stipulation, the parties state the following:

1. Plaintiff has decided to dismiss this case against Defendant Anderson with prejudice, and with each party to pay his own costs and fees;
2. The City of Colorado Springs is no longer a party to this case; Docket No. 32, at 44.
3. Dismissal of Defendant Anderson concludes this matter.

WHEREFORE, the parties request dismissal of this entire case, with prejudice, and with each party to pay his own costs and fees.

Respectfully submitted this 13th day of August 2021.

| | |
|---|---|
| KILLMER, LANE & NEWMAN, LLP | OFFICE OF THE CITY ATTORNEY<br>Wynetta P. Massey, City Attorney |
| */s/ Andy McNulty* | */s/ Brian Stewart* |
| Andy McNulty<br>1543 Champa Street, Suite 400<br>Denver, CO 80202<br>(303)571-1000<br>(303)571-1001<br>amcnulty@kln-law.com<br>ATTORNEY FOR PLAINTIFF | Brian Stewart, Senior Attorney<br>30 S. Nevada Ave., Suite 501<br>Colorado Springs, Colorado 80903<br>Telephone: (719) 385-5909<br>Facsimile: (719) 385-5535<br>brian.stewart@coloradosprings.gov |

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 13th day of August, 2021, I electronically filed the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andy McNulty
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
amcnulty@kln-law.com
(303)571-1000

*/s/Donnielle Davis*
Donnielle Davis
Legal Secretary