IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00108-PAB-KMT

MICHAEL SEXTON,

    Plaintiff,

v.

MATTHEW ANDERSON, in his individual capacity,

    Defendant.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice [Docket No. 38]. The parties state that plaintiff and defendant stipulate to the dismissal of this case with prejudice. *Id.*

    The stipulation invokes Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that the "plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared." The stipulation was not signed "by all parties who have appeared." *See id*; *Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). Therefore the stipulation does not, by itself, serve to dismiss this action. However, former defendant City of Colorado Springs and defendant Matthew Anderson are represented by the same counsel and there is no reason to suspect that the City of Colorado Springs would object to the stipulation. As a result, the Court finds that dismissal is appropriate.

    Furthermore, "[*u*]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, however, the parties have agreed to the dismissal of this action with prejudice. Therefore, the case was dismissed with prejudice as of the entry of the parties' Stipulated Motion to Dismiss With Prejudice [Docket No. 38]. No order of dismissal is necessary.

    DATED August 18 2021.